**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:13CR00031-004** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RICHARD MALDONADO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on January 31, 2017 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Debra Kanevsky Migdal.

The violation report was referred to Magistrate Judge Thomas M. Parker who conducted an initial hearing and issued a Report and Recommendation on May 13, 2016 [Doc. 374]. The Report and Recommendation indicated that the defendant knowingly and voluntarily waived his right to a preliminary hearing and admitted to violating the terms of his supervision as follows: illicit substance abuse and failure to attend individual and group substance abuse treatment. No objections having been filed, and upon the government's motion to dismiss violation 2 of the Superseding Violation Report, the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

      1) illicit substance use;

      3) new law violation incurred October 20, 2016.

The Court found the violation to be Grade A and that defendant was a Criminal History Category III.

The Court committed defendant to the custody of the Bureau of Prisons for a term of 24 months which shall be served concurrently with the sentence imposed in Case No. 5:16CR00264-001and with credit for time served on the instant offense.  Upon release from incarceration defendant's supervised release in the instant case shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: February 1, 2017                                  *s/    James S. Gwin*
                                                                        JAMES S. GWIN
                                                                       UNITED STATES DISTRICT JUDGE